for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GIREY, INC., v. BENJAMIN B. DEITEL and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RAISLER HEATING COMPANY v. WILLIAM HEYMAN, Impleaded with ELDORADO TOWERS CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAMS-DEXTER Co., INC., v. DOWLAND REALTY CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LEE MILLER KUNSELLA, Formerely LEE MILLER, an Infant, etc., v. FREDERICK L. CRANFORD-CHARLES H. LOCHER, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY L. McHUGH v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE JOHN FORSYTHE COMPANY, INC., v. THE FORSYTHE SHOE CORPORATION.— Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROBERT READ and Others v. THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HELEN SCHNATZ, as Administratrix, etc., of FREDERICK SCHNATZ, v. JOHN T. WHALEN, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BRESCIA CONSTRUCTION Co., INC., v. SURVEL REALTY CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Motion for stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

## SECOND DEPARTMENT, JANUARY, 1932.

FRANCESCO VOLPICELLA, Appellant, v. DOROTHY VOLPICELLA, Respondent.— Order, on reargument, denying motion for injunction affirmed, without costs, on defendant's stipulation in open court to go to trial on Monday, January eleventh, and also not to withdraw funds, and case ordered placed on the Kings County Special Term, Part 6, calendar for said date, subject to the approval of the justice presiding